UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DEBBIE COLON

                  Plaintiff(s)

-vs-                                        06-CV-6527T

GUTHRIE CLINIC, LTD., ET AL

                  Defendant(s)
_____

      Defendant Guthrie Clinic, Ltd. having filed a motion to waive the local counsel requirement and good cause having been shown, it is hereby,

      ORDERED, that defendant Guthrie Clinic, Ltd. may proceed without local counsel pursuant to Rule 83.2(a) of the Local Rules of Civil Procedure.

                                          S/ MICHAEL A. TELESCA
                                          Michael A. Telesca
                                          United States District Judge

Dated: October 31, 2006