UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

```
    DEBBIE COLON

                    Plaintiff(s)

         -vs-                                          06-Cv-6527T

    GUTHRIE CLINIC, LTD.,
    UNUMPROVIDENT

                    Defendant(s)
```
_____

By motion dated October 30, 2006, defendant Guthrie Clinic, Ltd. moves to dismiss plaintiff's complaint.  That motion is currently scheduled for submission without oral argument on December 7, 2006.  Plaintiff's counsel has submitted a request for an adjournment of defendant's motion to allow plaintiff time to retain counsel familiar with Federal Court practice.  Counsel for the defendants do not object to plaintiff's request. Accordingly, it is hereby,

ORDERED, that plaintiff's request for an adjournment of defendant's motion is granted.  Plaintiff shall have until January 26, 2007 to retain new counsel.  Upon the filing of a Notice of Appearance, defendant's motion will be rescheduled. Plaintiff's current counsel, Peter J. Glanville, is directed to forward a copy of this Order to plaintiff.

ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              Hon. Michael A. Telesca
                              United States District Judge
```

Dated: December 7, 2007